HEATHER E. WILLIAMS, Bar #122664
Federal Defender
GRIFFIN ESTES, Bar #322095
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Tel: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MYRON TUCKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MYRON TUCKER,<br><br>Defendant. | Case No.  1:22-cr-00327-JLT-SKO<br><br>STIPULATION TO ADVANCE SENTENCING HEARING; ORDER<br><br>JUDGE: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, Assistant United States Attorney Laurel Montoya, counsel for plaintiff, and Assistant Federal Defender Griffin Estes, counsel for defendant Myron Tucker that:

(a) Mr. Tucker's sentencing date is currently scheduled for February 18, 2025.

(b) The parties are requesting, and hereby stipulate, that the Court advance the Mr. Tucker's sentencing hearing to February 3, 2025.

(c) Counsel for Mr. Tucker has conferred with USPO Micheli, who has no objection to advancing the sentencing hearing. Counsel understands that the Final PSR will be issued outside the timeframes set forth in the local rules. LR 461.

//

//

-1-

Tucker: Stipulation

1                                                 Respectfully submitted,

2                                                 PHILLIP A. TALBERT
United States Attorney

3

4   Date: January 14, 2025              */s/ Laurel Montoya*
LAUREL MONTOYA

5                                                 Assistant United States Attorney
Attorney for Plaintiff

6

7                                                 HEATHER E. WILLIAMS
Federal Defender

8

9   Date: January 14, 2025              */s/ Griffin Estes*
GRIFFIN ESTES

10                                              Assistant Federal Defender
Attorney for Defendant

11                                                MYRON TUCKER

12

13

14

15                                     **ORDER**

16       Upon the parties' stipulation and for good cause shown, Mr. Tucker's sentencing hearing

17   is hereby advanced to February 3, 2025, at 9:00 a.m.

18

19   IT IS SO ORDERED.

20     Dated:  **January 14, 2025**

21                                      UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

Tucker: Stipulation